**Dismiss and Opinion Filed July 25, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-12-00593-CV

### IN RE ALYSE SMITH, AN INCAPACITED PERSON

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 11G-008-2**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

After appellee's counsel informed the Court of appellant's death, we questioned our jurisdiction over this appeal. By letter dated January 17, 2013, we requested briefing from appellant within ten days regarding whether appellant's death had mooted this appeal. To date, appellant has not filed the requested letter brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

120593F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE IN RE ALYSE SMITH

No. 05-12-00593-CV

On Appeal from the County Court At Law
No. 1, Kaufman County, Texas
Trial Court Cause No. 11G-008-2.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 25, 2013.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE